Submitted on record and briefs December 19, 1991, convictions affirmed and remanded for resentencing February 26, 1992

STATE OF OREGON,
*Respondent,*

*v.*

ANTHONY DEAN RENFRO,
*Appellant.*

(C89-12-36958; CA A65056)

825 P2d 297

Sally L. Avera, Public Defender, and Ingrid A. Mac-Farlane, Deputy Public Defender, Salem, filed the brief for appellant.

Dave Frohnmayer, Attorney General, Virginia L. Linder, Solicitor General, and Timothy A. Sylwester, Assistant Attorney General, Salem, filed the brief for respondent.

Before Richardson, Presiding Judge, and Deits and Durham, Judges.

PER CURIAM